AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Darrell Alan Youngers

)
)
) Case: 1:21-mj-00505
) Assigned To : Harvey, G. Michael
) Assign. Date : 6/28/2021
) Description: COMPLAINT W/ ARREST WARRANT
)

_Defendant_

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_ _____ Darrell Alan Youngers _____ ,
who is accused of an offense or violation based on the following document filed with the court:

❑ Indictment    ❑ Superseding Indictment    ❑ Information    ❑ Superseding Information    ☒ Complaint

❑ Probation Violation Petition    ❑ Supervised Release Violation Petition    ❑ Violation Notice    ❑ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date: ____06/28/2021____

Digitally signed by G. Michael
Harvey
Date: 2021.06.28 11:01:29 -04'00'

_Issuing officer's signature_

City and state:     _____Washington, D.C._____

_____G. Michael Harvey, U.S. Magistrate Judge_____
_Printed name and title_

---

**Return**

This warrant was received on _(date)_ 6/28/2021 , and the person was arrested on _(date)_ 6/29/2021
at _(city and state)_ Houston, Texas

Date: 6/29/2021

_Arresting officer's signature_

Courtney McLaughlin TFO
_Printed name and title_