NOTICE OF APPEARANCE IN A CRIMINAL CASE

## CLERK'S OFFICE
## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## WASHINGTON, D.C. 20001

UNITED STATES OF AMERICA

vs.                                                 Criminal Number   1:21-mj-00505

Darrell Youngers
         (Defendant)


TO:     ANGELA CAESAR, CLERK

YOU ARE HEREBY NOTIFIED THAT I APPEAR FOR THE DEFENDANT INDICATED ABOVE IN THE ENTITLED ACTION.

I AM APPEARING IN THIS ACTION AS:     (Please check one)

☐ CJA            ☐ RETAINED            ☒ FEDERAL PUBLIC DEFENDER


/S/ Alex Omar Rosa-Ambert
*(Signature)*

**PLEASE PRINT THE FOLLOWING INFORMATION:**

Alex Omar Rosa Ambert/Southern District of Texas No. 3644073
*(Attorney & Bar ID Number)*

Federal Public Defenders for the Southern District of Texas
*(Firm Name)*

440 Louisiana St., Suite 1350
*(Street Address)*

Houston            Texas            77002
*(City)*            *(State)*            *(Zip)*

713-718-4600
*(Telephone Number)*